UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION No. 04 10826 RGS

RICHARD P. McCLURE,
MARTHA McCLURE,
      PLAINTIFFS

V.

WILLIAM F. GALVIN;
SECRETARY OF THE COMMONWEALTH
OF MASSACHUSETTS,

ELIZABETH L. DELANEY; TOWN CLERK FOR THE
TOWN OF CHELMSFORD, MASSACHUSETTS, and

JANE DOE, CHELMSFORD ELECTION POLL CLERK

AFFIDAVIT OF MARTHA McCLURE IN SUPPORT OF PLAINTIFFS'
COMPLAINT FOR DECLARATORY JUDGMENT
AND INJUNCTIVE RELIEF

Now comes the plaintiff, Martha McClure, and being duly sworn does depose and say:

1. My name is Martha McClure and I reside at 8 Westford Street, Chelmsford, Middlesex County, Massachusetts and, at all times material hereto, assert that I am a registered voter in said town of Chelmsford with a party affiliation of "unenrolled."

2. I am aware of the plaintiff, Richard P. McClure's, candidacy for state senator in the third Middlesex district of Massachusetts and his non-affiliation with either the Democratic or Republican parties

3. My political opinions and beliefs are most in line with said plaintiff's political opinions

and beliefs. My political opinions and beliefs are not aligned, in any meaningful way, with those of either the Republican candidate or Democratic candidate for said senate seat.

4. I have spoken with many other "unenrolled" voters who have voiced a similar dissatisfaction with the two, major party, candidates and have indicated that they would vote for the plaintiff, Richard P. McClure, were his name to appear on the November ballot.

5. I have personal knowledge that the Republican party did not field a candidate for this third Middlesex district senate seat in the 2002 state elections.

6. I have personal knowledge that, despite running unopposed, the current Democratic, incumbent, Susan Fargo, was blanked by 22,000 voters out of a total of 64,000 votes cast in 2002.

7. It is my personal belief that the voters of the third Middlesex district, by the 22,000 blank votes cast in 2002 and the Republican party's failure to even field a candidate, have demonstrated the electorate's desire for a candidate who does not represent the interests of the two major parties.

8. It is my personal belief that in denying the plaintiff, Richard P. McClure, access to the November ballot, both myself as well as those voters of similar political beliefs, are being deprived of our First Amendment rights to freedom of association for the common advancement of political beliefs and ideas.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY
THIS TWENTY-SIXTH DAY OF APRIL, 2004

_____
Martha McClure