UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**RICHARD P. MC CLURE, ET AL**

        V.                        CIVIL ACTION NO. 04-10826-RGS

**WILLIAM GALVIN, Secretary of
State; ELIZABETH L. DELANEY, Town
Clerk for the Town of Chelmsford, MA;
and JANE DOE, Chelmsford Election Poll Clerk**

# ORDER OF DISMISSAL

**STEARNS, DJ.**                                              MAY 20, 2004

THIS COURT HAVING DENIED PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION, AND HAVING ALLOWED DEFENDANTS' MOTION TO DISMISS, IT IS HEREBY ORDERED:

THE ABOVE-CAPTIONED ACTION IS HEREBY <u>DISMISSED.</u>

SO ORDERED.

                                                RICHARD G. STEARNS
                                              UNITED STATES DISTRICT JUDGE

        BY:

                **/s/ Mary H. Johnson**
                    **Deputy Clerk**