JOINT NOTICE OF APPEAL

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RICHARD P. McCLURE,
MARTHA McCLURE,
          PLAINTIFFS

V.

WILLIAM GALVIN, Secretary of State for
the Commonwealth of Massachusetts,
ELIZABETH L. DELANEY, Town Clerk for
the Town of Chelmsford, Massachusetts; and
JANE DOE, Chelmsford Election Poll Clerk,
          DEFENDANTS

CIVIL ACTION NO.
04-CV-10826-RGS

**Joint Notice of Appeal to United States Court of Appeals for the First Circuit**

Richard P. McClure and Martha McClure, plaintiffs in the above captioned matter, appeal to the United States Court of Appeals for the First Circuit from the United States District Court for the District of Massachusetts, Richard G. Stearns, J., Order denying plaintiffs' motion for preliminary injunction and its allowance of defendant's motion to dismiss entered in this action on May 17, 2004.

Dated: May 19, 2004

Richard P. McClure,
Pro Se

Martha McClure,
by her attorney

*[signature]*

Richard P. McClure, Esquire
BBO#564713 (MA)
8 Westford Street
Chelmsford, Massachusetts 01824
(978) 256-8822

## CERTIFICATE OF SERVICE

I, Richard P. McClure, do hereby certify that, on this nineteenth day of May, 2004, I served copies of the foregoing Joint Notice of Appeal, via first class mail, upon counsel of record for the defendants:

James J. Arguin, Esquire
BB0# 557350 (MA)
Assistant Attorney General
Office of the Attorney General
One Ashburton Place
Boston, MA 02108

Brian W. Riley, Esquire
BBO# 555385 (MA)
Kopelman & Paige, P.C.
31 St. James Avenue
Boston, MA 02116

*[signature]*

Richard P. McClure, Esquire