### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

USCA Docket Number: 04-1803

USDC Docket Number : 04-cv-10826

Richard P. McClure

v.

William Galvin

## CLERK'S SUPPLEMENTAL CERTIFICATE

I, Tony Anastas, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered (filing fee paid receipt) are original pleadings to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on June 21, 2004.

Tony Anastas, Clerk of Court

By: _Jamila Williams_

Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: _6/22/04_

Deputy Clerk, US Court of Appeals

[cv: supplapprec.] [cr: ksupplapprec.]