*04-10826*
*USDC / MA*
*Stearns J.*

# United States Court of Appeals
## For the First Circuit

# MANDATE

No. 04-1803

RICHARD P. McCLURE and MARTHA McCLURE,

Plaintiffs, Appellants,

v.

WILLIAM F. GALVIN, Secretary of the Commonwealth;
ELIZABETH L. DELANEY, Town Clerk, Town of Chelmsford;
JANE DOE, Chelmsford Election Poll Clerk,

Defendants, Appellees.

———

### JUDGMENT

Entered:  October 8, 2004

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts, and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's denial of a preliminary injunction and dismissal of the claim are affirmed.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

*Betty McCuen*

Deputy Clerk

Date:  OCT 29 2004

**By the Court:**

RICHARD CUSHING DONOVAN

————————————————
Richard Cushing Donovan, Clerk

[cc: Mr. McClure, Mr. Arguin and Mr. Riley.]